IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADDISON EXPRESS, L.L.C., | * |
|     Plaintiff | * |
| v. | *   Civil No. 3:04-CV-1954-H |
| | * |
| MEDWAY AIR AMBULANCE, INC., | * |
|     Defendant. | * |

## ORDER ADOPTING MAGISTRATE'S RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed August 23, 2005, regarding Plaintiff's Motion to Strike Defendant's Expert Designations; Plaintiff's Objections to Magistrate's Recommendation, and supporting Appendix, filed September 7, 2005; Defendant's Response in Opposition to Plaintiff's Objections, filed September 9, 2005; and Plaintiff's Reply, filed September 14, 2005.

The Court has reviewed the Magistrate Judge's Findings, Conclusion, and Recommendation *de novo*, pursuant to 28 U.S.C. § 636 (b)(1)(C).  For the reasons found in the Magistrate's opinion, the recommendation of the Magistrate to deny Plaintiff's Motion to Strike Defendant's Expert Designations should be, and it is hereby, **ADOPTED**.  Plaintiff's's Objections are **OVERRULED**.

In light of the representations made in Plaintiff's timely filed Objections and appendix, Defendant's request for an award of attorney's fees is **DENIED**.

SO ORDERED.

DATED: October 24, 2005.

_____
**BAREFOOT SANDERS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**